DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONNIE JAMES WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-483 (LKK) |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | JUDGE: Lawrence K. Karlton |
| CHARLES GOODEN, ) | |
| RONNIE JAMES WILLIAMS ) | |
| CHARLES DEMARIO JOHNSON ) | |
| DARENCE LAMONT JORDAN ) | |
| TRAVIS DAVIS ) | |
| ) | |
| Defendants. ) | |

This matter came on for Status Conference on November 14, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Russell Carlberg appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Ronnie Williams, who was present in custody, Attorney Robert Peters appeared on behalf of Defendant Charles Demario Johnson, who was present and in custody, Attorney James Greiner appeared on behalf of Defendant Darence Lamont Jordan, who was present and in cutstody, Attorney Dan Koukol appeared on behalf of Travis Davis, who was present and in custody, and Attorney John Manning appeared on behalf of Aimee Lee Cox, who was present and in custody.

All parties agreed that defense counsel need additional time for investigation, review of discovery and to prepare a defense of the case. The government proffered that more discovery is to be provided

Order After Hearing

1 | including audio and video taped materials.

2 | A further status conference date of January 15, 2008, is set.

3 | Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
4 | the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 for preparation of
5 | counsel, from November 14, 2007, up until and including January 15, 2008.

6 | Good cause appearing therefor,

7 | IT IS ORDERED that this matter is continued to January 15, 2008, at 9:30 a.m. for Status
8 | Conference.

9 | IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,
10 | the period from November 14, 2007, up to and including January 15, 2008, is excluded from the time
11 | computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
12 | counsel.

13 | Dated: December 13, 2007

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                    2