PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RONNIE JAMES WILLIAM, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0483 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING JUDGEMENT |
| ) | AND SENTENCING HEARING |
| RONNIE JAMES WILLIAM, Jr., ) | |
| Defendant. ) | |

Defendant, RONNIE JAMES WILLIAM, Jr., through his attorney, PETER KMETO, and the United States of America, through its counsel of record, RUSSELL L. CARLBERG, stipulate and agree to the following with the concurrence of USPO, BRENDA BARRON-HARRELL, USPO :

1. The presently scheduled date of October 21, 2008 for Judgement and Sentencing shall be vacated and said Hearing be rescheduled for November 17th , 2008 at 1:30 p.m..

2. In a previously filed memo to the court, the parties agreed to extend the time for the US Probation Officer to prepare a Pre-Sentence Report, said agreement now requires the resetting of Judgement and Sentencing.

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  October 7, 2008                    /s/ RUSSELL L. CARLBERG
                                           Assistant U.S. Attorney
                                           for the Government


Dated:  October 7,  2008                   /s/  PETER KMETO
                                           Attorney for Defendant
                                           RONNIE JAMES WILLIAM, Jr.


I CONCUR.

Date:   October 7, 2008                    /s/ BRENDA BARRON-HARRELL
                                           US PROBATION OFFICER

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGEMENT AND SENTENCE be continued to November 17, 2008 at 1:30 p.m.

DATED: October 8, 2008

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -