UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-483 LKK

    Plaintiff,

  v.                     O R D E R

RONNIE JAMES WILLIAMS, JR.,

    Defendant.
_____/

    Defendant's motion for appointment of counsel pursuant to Crack 18-1 Amendment 3582(c)(2) is GRANTED. The court hereby appoints Asst. Federal Defender David M. Porter as counsel for defendant Ronnie James Williams, Jr.

    IT IS SO ORDERED.

    DATED: July 25, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1