AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **RONNIE JAMES WILLIAMS, JR.,** | ) |
| | ) |
| Date of Original Judgment: _____11/17/2008_____ | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | ) |

Case No:   2:07CR00483-02

USM No:   17433-097

David Porter, Assistant Federal Defender
*Defendant's Attorney*

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

      Upon motion of   ✓ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

      ❏ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____151_____ months **is reduced to** _____135_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____11/17/2008_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   ____December 19, 2011____

Effective Date: _____
*(if different from order date)*

Lawrence K. Karlton, United States District Judge
*Printed name and title*

*Judge's signature*