UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR. S-07-483 LKK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RONNIE JAMES WILLIAMS, JR., | |
| Defendant. | |

On November 17, 2008, this court sentenced petitioner Ronnie James Williams, Jr. to a term of imprisonment of 151 months for crack cocaine-related offenses. (ECF No. 102.) On December 19, 2011, this court ordered petitioner's term of imprisonment reduced to 135 months, based on a stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (ECF Nos. 202, 203.)

The court is now in receipt of a document entitled "Motion for Appointment of Counsel Pursuant to Drugs Minus Two 782 Amendment," filed by petitioner acting pro se. (ECF No. 235.) The motion's title apparently refers to votes taken by the United States Sentencing Commission (i) on April 10, 2014, to amend the

1

1 federal drug sentencing guidelines by generally reducing them by
2 two levels (termed "Amendment 782"), and (ii) on July 18, 2014,
3 to apply Amendment 782 retroactively to persons already convicted
4 under the existing guidelines.
5    Congress may reject or modify the proposed amendments to the
6 guidelines until November 1, 2014. Accordingly, petitioner's
7 motion is premature. The court declines to appoint counsel to
8 address amended sentencing guidelines which have yet to take
9 effect, and may not take effect in their current form, or at
10 all.[1]
11    Accordingly, petitioner's motion is DENIED without prejudice
12 to its future renewal.
13    IT IS SO ORDERED.
14    DATED:  August 8, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner should also be aware that the Sentencing Commission included in Amendment 782 a special instruction which provides that a court "shall not order a reduced term of imprisonment based on [the retroactive sentencing guideline modifications] unless the effective date of the court's order is November 1, 2015 or later." While this instruction does not preclude the court from conducting sentence reduction proceedings prior to November 1, 2015, any orders stemming from those proceedings which reduced petitioner's term of imprisonment would only take effect on or after this date.

2