HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONNIE JAMES WILLIAMS, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONNIE JAMES WILLIAMS, Jr., <br><br> Defendant. | No. Cr. S-07-483 TLN <br><br> **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE <br><br> Judge: Honorable TROY L. NUNLEY |

Defendant, RONNIE JAMES WILLIAMS, Jr., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 17, 2008, this Court sentenced Mr. Williams to a term of 151 months imprisonment;

3. His total offense level was 34, his criminal history category was III, but the Court found his criminal history was overrepresented under U.S.S.G. § 4A1.3, so the resulting guideline range was 151-188 months;

4. On December 19, 2011, on the parties' stipulated motion, Mr. Williams was resentenced to 135 months pursuant to Amendment 750 ("crack minus two") of the United States Sentencing Commission;

5. The sentencing range applicable to Mr. Williams was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

6. Mr. Williams' total offense level has been reduced from 34 to 32, his amended guideline range is 121-151 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Williams' term of imprisonment to a total term of 121 months.

Respectfully submitted,

Dated: April 23, 2015                              Dated: April 23, 2015

BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


 /s/ _Jason Hitt_                                   /s/ *David M. Porter*
JASON HITT                                         DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                             Attorney for Defendant
UNITED STATES OF AMERICA                           RONNIE JAMES WILLIAMS, Jr.


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Williams is entitled to the benefit Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 121-1151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on December 19, 2011 is reduced to a term of 121 months.

1    IT IS FURTHER ORDERED that all other terms and provisions of the amended
2    judgment of December 19, 2011 remain in effect.  The clerk shall forthwith prepare an amended
3    judgment reflecting the above reduction in sentence, and shall serve certified copies of the
4    amended judgment on the United States Bureau of Prisons and the United States Probation
5    Office.
6    Unless otherwise ordered, Mr. Williams shall report to the United States Probation Office
7    within seventy-two hours after his release.
8    Dated:  April 24, 2015

_____
Troy L. Nunley
United States District Judge