AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00483-TLN Document 242 Filed 05/06/15 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

United States of America
v.

RONNIE JAMES WILLIAMS, JR.

Case No: 2:07CR00483-02

USM No: 17433-097

Date of Original Judgment: 11/17/2008
Date of Previous Amended Judgment: 12/19/2011
*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __121 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/19/2011__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/06/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Troy L. Nunley, United States District Court Judge
*Printed name and title*